**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EDDIE DUKES, | ) | CASE NO. 5:24-cv-1620 |
| | ) | |
| Petitioner, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | MAGISTRATE JUDGE AMANDA M. |
| | ) | KNAPP |
| WARDEN JAY FORSHEY, | ) | |
| | ) | **OPINION AND ORDER ADOPTING** |
| Respondent. | ) | **MAGISTRATE'S REPORT AND** |
| | ) | **RECOMMENDATION** |
| | ) | |

On September 19, 2024, Petitioner Eddie Dukes, proceeding *pro* se, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 ("Petition"). (ECF No. 1). On May 20, 2026, Magistrate Judge Amanda M. Knapp filed a Report and Recommendation ("R&R") recommending that the Court dismiss Grounds One and Two of the Petition based on procedural default and dismiss Ground Three of the Petition as non-cognizable on federal habeas review. (ECF No. 13).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a Magistrate Judge's R&R within 14 days after service. The R&R also gave the parties notice of the 14-day time limit for filing objections. (*Id.* at PageID #990). After the 14-day deadline elapsed, Petitioner moved for an extension of time to file objections. (ECF No. 14). The Court granted Petitioner' request and extended the objection deadline an additional 34 days until July 15, 2026. (Order [non-document] dated June 11, 2026). The extended deadline has since elapsed and no objections have been filed.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the R&R to which the parties have objected. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt an R&R without further review. *See*

1

*Peretz v. United States*, 501 U.S. 923, 939 (1991); *Thomas v. Arn*, 474 U.S. 140, 141–42 (1985).

There being no objections, the Court **ADOPTS** Magistrate Judge Knapp's R&R (ECF No. 13), incorporates it fully herein by reference, and **DISMISSES** the Petition.

     **IT IS SO ORDERED.**

Date: July 23, 2026

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**